UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL CLOUD,

Plaintiff,

v.

MUSCLETECH RESEARCH & DEVELOPMENT, INC., CFI WISCONSIN I, d/b/a CENTURY FOODS INTERNATIONAL

Defendants.

C.A. No. 03-392 T

Special Attention Requested
D.R.I. Loc. R 11(c)

**MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01**
**TO EXCEED PAGE LIMITATIONS FOR EXHIBITS TO A MOTION TO COMPEL**

MuscleTech Research & Development, Inc. ("MuscleTech") moves for leave to file exhibits in support of its Motion to Compel the Production of Documents from the New England Patriots in Response to a Subpoena Duces Tecum that exceed the page limitations set forth in Amended General Order #2002-01. MuscleTech seeks to file 26 pages of exhibits including the discovery requests at issue, the response from the New England Patriots, and correspondence among counsel. To ensure a complete treatment of the issues presented, MuscleTech seeks leave to file exhibits in excess of the page limitations set forth in the Amended General Order.

MUSCLETECH RESEARCH &
DEVELOPMENT, INC.

By its Attorneys,

Gerald Petros /MRC

Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

DATED: August 3, 2005

**CERTIFICATION**

TO:

Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Robert J. McConnell, Esq.
Motley Rice L.L.C.
321 South Main Street
Providence, RI 02903

Peter S. Julian
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

I certify that I mailed a true and accurate copy of the motion to exceed page limits to the counsel listed above on August 3, 2005.