UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL CLOUD,

Plaintiff,

v.

MUSCLETECH RESEARCH & DEVELOPMENT, INC., CFI WISCONSIN I, d/b/a CENTURY FOODS INTERNATIONAL

Defendants.

C.A. No. 03-392 T

Special Attention Requested
D.R.I. Loc. R 11(c)

FILED AUG 03 2005

**MOTION FOR LEAVE FROM AMENDED GENERAL ORDER #2002-01**
**TO EXCEED PAGE LIMITATIONS FOR EXHIBITS TO A MOTION TO COMPEL**

MuscleTech Research & Development, Inc. ("MuscleTech") moves for leave to file exhibits in support of its Motion to Compel the Production of Documents from the New England Patriots in Response to a Subpoena Duces Tecum that exceed the page limitations set forth in Amended General Order #2002-01. MuscleTech seeks to file 26 pages of exhibits including the discovery requests at issue, the response from the New England Patriots, and correspondence among counsel. To ensure a complete treatment of the issues presented, MuscleTech seeks leave to file exhibits in excess of the page limitations set forth in the Amended General Order.

8/5/05; GRANTED.
USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 8/4/05