**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

---

# _NOTICE_

**_MICHAEL CLOUD_**

**_v._** **_CA03-392T_**

**_MUSCLETECH RESEARCH & DEVELOPMENT, INC., et al._**

**_PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND_**

**_TYPE OF PROCEEDING:_**

Muscletech Research & Development, Inc.'s Motion to Compel the Production of Documents from the New England Patriots in Response to a Subpoena Duces Tecum

**_PLACE:_** **_U.S. District Court_**
**_Courtroom A - Room 224_**
**_John O. Pastore Federal Building_**
**_Two Exchange Terrace_**
**_Providence, RI 02903_**

**_DATE:_** **_SEPTEMBER 7, 2005_**

**_TIME:_** **_11:00 A.M._**

**_David A. DiMarzio, Clerk of Court_**

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: August 25, 2005

**NOTICE SENT TO:** **HENNIG, MCCONNELL, MOLLOY, PETROS, JULIAN**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.