UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL CLOUD,

Plaintiff,

v.

MUSCLETECH RESEARCH & DEVELOPMENT, INC., CFI WISCONSIN I, d/b/a CENTURY FOODS INTERNATIONAL

Defendants.

C.A. No. 03-392 T

**ORDER**

On August 3, 2005, Defendant MuscleTech Research & Development, Inc. ("MuscleTech") filed a motion and supporting memorandum to compel the production of documents from the New England Patriots in response to a subpoena duces tecum. The Court scheduled a hearing on this motion for September 7, 2005 at 11:00 a.m. The New England Patriots recently provided documents in response to the subpoena duces tecum. Therefore, MuscleTech passes its motion to compel and the hearing scheduled for September 7, 2005 is cancelled.

ENTERED AS AN ORDER of this Court this 6th day of September, 2005.

ENTER:

USMJ

PER ORDER:

Presented by:

Gerald J. Petros (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

Attorney for
MuscleTech Research &
Development, Inc.

**CERTIFICATION**

TO:

Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Robert J. McConnell, Esq.
Motley Rice L.L.C.
321 South Main Street
Providence, RI 02903

Peter S. Julian
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

I certify that I faxed and mailed a true and accurate copy of the motion to compel to the counsel listed above on September 2, 2005.