UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL CLOUD,

Plaintiff,

v.

MUSCLETECH RESEARCH & DEVELOPMENT, INC., CFI OF WISCONSIN, INC. d/b/a CENTURY FOODS INTERNATIONAL & CFI WISCONSIN I, LLC

Defendants.

C.A. No. 03-392 T

**WITHDRAWAL OF APPEARANCE**

Gerald J. Petros and the law firm of HINCKLEY, ALLEN & SNYDER LLP hereby withdraw their appearance for and on behalf of defendants, MUSCLETECH RESEARCH & DEVELOPMENT, INC., CFI OF WISCONSIN INC, d/b/a CENTURY FOODS INTERNATIONAL and CFI WISCONSIN I, LLC in the above-entitled matter.

Gerald J. Petros /MKC

Gerald J. Petros (#2931)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

**ENTRY OF APPEARNACE**

Mark T. Nugent and the law firm of MORRISON MAHONEY LLP hereby enters their appearance for and on behalf of defendants, MUSCLETECH RESEARCH & DEVELOPMENT, INC., CFI OF WISCONSIN INC, d/b/a CENTURY FOODS INTERNATIONAL and CFI WISCONSIN I, LLC in the above-entitled matter.

Mark T. Nugent (#2637 )
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903
Tel. (401) 331-4660
Fax. (401) 351-4420

**CERTIFICATION**

TO:

Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Robert J. McConnell, Esq.
Motley Rice L.L.C.
321 South Main Street
Providence, RI 02903

I certify that I faxed and mailed a true and accurate copy of the within Withdrawal of Appearance to the counsel listed above on September 29th, 2005.