UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CLOUD,<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 03-0392T |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,<br>*Defendants* | : | |

**JOINT MOTION TO EXTEND TIME**
**FOR FACT AND EXPERT DISCOVERY**

The parties jointly request this Honorable Court to extend by ninety days the pre-trial order in this matter. In support of their request, the parties state that further factual depositions still need to be conducted, as well as expert witness depositions. Further, new defense counsel entered its appearance for the defendants in September 2005, and this is a document intensive case, with the defendants having produced over 20,000 documents in discovery. The parties do not make this request lightly or with disregard for the Court's interest in timely resolution of this action.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as follows:

1. Factual Discovery. Will close **February 14, 2006**.

2. Expert Discovery Disclosure. Expert disclosures made. Plaintiff has indicated that they will be filing a rebuttal.

3. Dispositive Motions. Dispositive motions shall be filed by **March 14, 2006.** Prior to filing a motion for summary judgment counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

4. Pretrial Memorandum. Pretrial memorandum due by **April 19, 2006.**

589552v1

MICHAEL CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

Brian J. Molloy, Esq., *pro hace vice*
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Dated: 10/17/05

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 10/17/05

**CERTIFICATION**

I hereby certify that on this 17th day of October, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Christine M Montgomery

589552v1

** TOTAL PAGE.03 **

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL CLOUD,
*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and
CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
*Defendants*

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND PRETRIAL ORDER**

The defendants in the above-captioned matter submit this memorandum in support of the joint motion to extend the pretrial order ninety days. As grounds for this motion, the defendants state as follows:

Current defense counsel entered their appearance for defendants MuscleTech Research and Development and Century Foods International on September 29, 2005. On October 3, 2005, the parties conducted the deposition of San Rafael Laboratories located in Utah. The defendant now seeks this reasonable discovery extension to allow time to review the in excess of 20,000 documents that the defendants produced in this case, become familiar with the deposition transcripts of the plaintiff, defendants, plaintiff's expert witnesses, and the voluminous other documents and pleading in this case. Additionally, the further time is needed to schedule and conduct discovery in multiple states/jurisdictions. The defendants anticipate conducting the depositions of two more of the plaintiff's expert witnesses Jonathan Feinsod of New York, and Adam Schefter, who is believed to be in Colorado, as well as the deposition of a fact witness located in Rhode Island. Further, the defendant intends to conduct the deposition of Dr. Catlin of the University of California Olympic Analytical Laboratory, which will occur in California, and

of a FOX News producer, which deposition will occur in New York. In addition to these depositions, and likely others that the defendant will notice after having a chance to review the voluminous records in this matter, the defendants anticipate filing motions to compel compliance with subpoenas that were previously issued to the Kansas City Chiefs and the NFL. It is anticipated that these motions will be needed to be filed and heard in federal courts in the District of Missouri (Kansas City Chiefs) and the Southern District of New York (NFL).

The plaintiff has not yet deposed any of the defendant's disclosed expert witnesses. These defense expert witnesses are located across the country, and their depositions will require schedule coordination and travel. Additionally, one of the witnesses that the plaintiff intends to depose was injured and hospitalized, delaying the scheduling and taking of his deposition.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as the parties have jointly requested.

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and
CFI WISCONSIN I, LLC d/b/a CENTURY
FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 10-17-05

**CERTIFICATION**

I hereby certify that on this 17th day of October, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Christine Montgomery