FILED OCT 18 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL CLOUD,
*Plaintiff*

vs.

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,
*Defendants*

C.A. No.: 03-0392T

**JOINT MOTION TO EXTEND TIME FOR FACT AND EXPERT DISCOVERY**

The parties jointly request this Honorable Court to extend by ninety days the pre-trial order in this matter. In support of their request, the parties state that further factual depositions still need to be conducted, as well as expert witness depositions. Further, new defense counsel entered its appearance for the defendants in September 2005, and this is a document intensive case, with the defendants having produced over 20,000 documents in discovery. The parties do not make this request lightly or with disregard for the Court's interest in timely resolution of this action.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as follows:

1. Factual Discovery. Will close **February 14, 2006**.
2. Expert Discovery Disclosure. Expert disclosures made. Plaintiff has indicated that they will be filing a rebuttal.
3. Dispositive Motions. Dispositive motions shall be filed by **March 14, 2006**. Prior to filing a motion for summary judgment counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.
4. Pretrial Memorandum. Pretrial memorandum due by **April 19, 2006.**

MICHAEL CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

Brian J. Molloy, Esq., *pro hace vice*
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Dated: 10/17/05

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 10/17/05

## CERTIFICATION

I hereby certify that on this 17th day of October, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

**DENIED**
Parties may continue discovery by mutual agreement.
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/1/05

Christine M Montgomery

589552v1