**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD

*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,

*Defendants*

**AMENDED NOTICE OF DEPOSITION**
**(with Schedule A)**

| | |
|---|---|
| DEPONENT: | Jonathan Feinsod |
| DATE: | Monday, December 5, 2005 |
| TIME: | 2:00 PM |

**PLEASE TAKE NOTICE** that the **defendant** will take the testimony on oral examination of the above-named individual. This deposition will be taken at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at the office of **90 Woodbridge Center Drive, Suite 900, Woodbridge, NJ 07095,** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. **The deponent is instructed to bring with him to the deposition those items identified in the attached Schedule A.**

MUSCLETECH RESEARCH AND DEVELOPMENT, INC.,

By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 28th day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Fink & Carney
39 West 37th Street, 6th Floor
New York, NY 10018

Brian J. Molloy, Esquire *pro hac vice*
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

**Schedule A**

1. All documents, treatises, texts, and/or other materials used in any way to form or assist in forming the opinion(s) that you are offering in this matter.

2. All databases, spreadsheets, e-mails, notes, and/or other materials used in any way to form or assist in forming the opinion(s) that you are offering in this matter.

3. All correspondence, including e-mails, notes, and/or other materials sent to or received from any NFL or NFL team representative, pertaining in any way to Michael Cloud.

4. All contracts between you and/or your employer, and Michael Cloud, regardless of when entered into.

5. All spreadsheets, databases, or listings of other NFL players that you have represented from 1999 to the present.

6. All documents, treatises, texts, and/or other materials used in any way to negotiate with or contract with potential employer(s) of Michael Cloud.

7. All databases, spreadsheets, e-mails, notes, and/or other materials used in any way to negotiate with or contract with potential employer(s) of Michael Cloud.