UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CLOUD,<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 03-0392T |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,<br>*Defendants* | : | |

**JOINT MOTION TO EXTEND TIME FOR FILING OF DISPOSITIVE MOTIONS**

The parties hereby request that this Honorable Court extend the Dispositive Motion Filing Deadline by agreement until December 30, 2005. Currently, the deadline for filing summary judgment motions is on or before December 14, 2005. In support of their request, the parties state that further factual and expert witness depositions have been scheduled to occur in New Jersey, Boston, Philadelphia, and Providence. Plans are also being made for other expert witness depositions to be taken out of state before the end of the year. The parties therefore seek a brief sixteen (16) day extension of the Motion Filing Deadline, up to and including December 30, 2005. By this motion, the parties do not seek to alter any other portion of the Court's Pretrial Order.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as follows:

1. Dispositive Motions. Dispositive motions shall be filed on or before **December 30, 2005.** Prior to filing a motion for summary judgment counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

MICHAEL CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

Brian J. Molloy, Esq., *pro hace vice*
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Dated: Nov. 29, 2005

Robert J. McConnell
Local Counsel

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 11/29/05

**CERTIFICATION**

I hereby certify that on this 29th day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Christine M Montgomery

602649v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CLOUD,<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 03-0392T |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,<br>*Defendants* | : | |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR FILING OF DISPOSITIVE MOTIONS**

The defendants in the above-captioned matter submit this memorandum in support of the joint motion to extend the Dispositive Motion Filing deadline by sixteen days. As grounds for this motion, the defendants state as follows:

The parties seek this Discovery Motion Filing extension, up to and including December 30, 2005 to complete further factual and expert witness depositions before filing any applicable motions. Prior to the current December 14th motion filing deadline, the parties already have scheduled two depositions that will occur in New Jersey, one deposition in Boston, and one deposition in Providence. The parties further anticipate taking depositions in person or by telephone of expert witnesses in Pennsylvania, Nevada and California.

This extension is sought to accommodate the availability of the various expert witnesses, to travel to the numerous deposition locations, and to obtain transcripts of these depositions before the Dispositive Motion Filing deadline. The parties seek this brief, sixteen-day Motion Filing extension in order to complete this discovery before filing any such dispositive motions.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as the parties have jointly requested.

**MICHAEL** CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

Brian J. Molloy, Esq., *pro hac vice*
Wilentz, Goldman & Spitzer
90 Woodbridge Center *Drive*
PO Box 10
Woodbridge, NJ 07095

Dated: Nov. 29, 2005

Robert J. McConnell
Local Counsel

**MUSCLETECH RESEARCH** AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a **CENTURY** FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI **02903-7141**
Tel: (401) 331-4660
**Fax:** (401) 351-4420
Dated: 11/29/05

## CERTIFICATION

I hereby certify that on this 29th day of November, 2005 a true copy of the foregoing was mailed, postage prepaid, to:

Counsel for Plaintiff
**Robert J. McConnell, Esq.**
Motley Rice LLC
**321** South Main **Street**
Providence, RI 02903

Counsel for Plaintiff Pro *Hac Vice*
Brian J. Molloy, **Esq.**
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Christine M Montgomery

602654v1