**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD,
*Plaintiff*

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER**[1] 03-0392T

vs.
MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and
CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
*Defendants.*,

**DEPOSITION SUBPOENA: WITNESS**
**F.R.C.P. RULE 30(b)(6) AND RULE 45**

TO: Performance Nutrition
150 Highland Avenue
Seekonk, MA

**RE:** The individual with the most knowledge at **Performance Nutrition in the areas delineated in Exhibit A** attached hereto, care of Performance Nutrition, 150 Highland Avenue, Seekonk, Massachusetts.

GREETINGS:

YOU ARE HEREBY COMMANDED in accordance with the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure to appear and testify on behalf of the defendant(s) before a Notary Public of the State of Rhode Island and Providence Plantations on **December 9, 2005 at 12:00 PM** at the offices of **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

***This subpoena will remain in full force and effect until the conclusion of the above-entitled matter.***

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660; Fax: (401) 351-4420

Notary Public
My Commission Expires: 04/01/2009

602377

Date: 11/22/05

**SERVED**

Performance Nutrition
SERVED ON (PRINT NAME)

Shawn Pacheco
MANNER OF SERVICE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
SERVED BY (PRINT NAME)

TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

**Executed on** Nov. 22, 2005

SIGNATURE OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
ADDRESS OF SERVER

602377