**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD,
*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
*Defendants*

**AMENDED NOTICE OF DEPOSITION, 30(b)(6), OF PERFORMANCE NUTRITION**

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants will take the 30(b)(6) deposition of the most knowledgeable person of Performance Nutrition in the areas delineated in Exhibit A attached hereto. The deposition will occur at **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903** on **December 9, 2005, at 12:00 PM**. This deposition will be taken at the time set forth above before a Notary Public and thereafter from day to day until the completion of said deposition.

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and CFI
WISCONSIN I, LLC d/b/a CENTURY
FOODS INTERNATIONAL ,
By their Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420



601251v1

**CERTIFICATION**

I hereby certify that on this 30th day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Brian J. Molloy, Esquire *pro hac vice*
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Christine M Montgomery



601251v1

**EXHIBIT A**

1. The documents that Performance Nutrition produced in its response to the prior records subpoena that had been issued to them in this matter.

2. Sales of NitroTech to Michael Cloud.

3. Sales of Cytodyne products including, but not limited to, Cytodyne Methoxy-Pro Powder, to Michael Cloud.

4. Communications between Performance Nutrition or its representatives on the one hand and Michael Cloud or his representatives on the other hand.

5. The chain of custody of the NitroTech allegedly sold to Michael Cloud at Performance Nutrition in Seekonk, Massachusetts.

6. The persons working at Performance Nutrition in Seekonk, Massachusetts between October 28, 2002 and November 10, 2002.

7. The availability of Cytodyne products including, but not limited to, Cytoydne Methoxy-Pro Powder between October 28,2002 and November 10, 2002 for sale at Performance Nutrition in Seekonk, Massachusetts.

8. The availability of all protein products between October 28, 2002 and November 10, 2002 for sale at Performance Nutrition in Seekonk, Massachusetts.

9. The availability of NitroTech powder products between October 28,2002 and November 10, 2002 for sale at Performance Nutrition in Seekonk, Massachusetts.