UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CLOUD,<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 03-0392T |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,<br>*Defendants* | : | |

**JOINT MOTION TO EXTEND TIME**
**FOR FILING OF DISPOSITIVE MOTIONS**

The parties hereby request that this Honorable Court extend the Dispositive Motion Filing Deadline by agreement until December 30, 2005. Currently, the deadline for filing summary judgment motions is on or before December 14, 2005. In support of their request, the parties state that further factual and expert witness depositions have been scheduled to occur in New Jersey, Boston, Philadelphia, and Providence. Plans are also being made for other expert witness depositions to be taken out of state before the end of the year. The parties therefore seek a brief sixteen (16) day extension of the Motion Filing Deadline, up to and including December 30, 2005. By this motion, the parties do not seek to alter any other portion of the Court's Pretrial Order.

WHEREFORE, the parties respectfully request that this Court amend the Pretrial Order as follows:

1. Dispositive Motions. Dispositive motions shall be filed on or before **December 30, 2005.** Prior to filing a motion for summary judgment counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

MICHAEL CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

Brian J. Molloy, Esq., *pro hace vice*
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Dated: Nov. 29, 2005

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and
CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 11/29/05

**CERTIFICATION**

I hereby certify that on this 29th day of November, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

GRANTED No further extensions will be granted.

Ernest C. Torres
Chief, US District Judge

Christine M Montgomery

602649v1