**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD

*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,

*Defendants*

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION**

DEPONENT: Don H. Catlin, M.D.
UCLA Olympic Analytical Laboratory
UCLA School of Medicine
2122 Granville Avenue
Los Angeles, CA 90025

DATE: Friday, December 16, 2005

TIME: 1:00 PM

**PLEASE TAKE NOTICE** that the **defendant** will take the testimony on oral examination, **by both stenographic and videographic means,** of the above-named individual. This deposition will be taken at the time set forth above before a Notary Public of the State of California and thereafter from day to day as the taking of the deposition may be adjourned, at the office of **UCLA Analytical Laboratory, UCLA School of Medicine, 2122 Granville Avenue, Los Angeles, California** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. This deposition will be recorded by stenographic means as well as videotape. The deponent is further instructed to bring to the deposition those materials identified in the attached Exhibit A.

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 8th day of December, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Brian J. Molloy, Esquire *pro hac vice*
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095



603447v1

Schedule A

1. Your complete file, notes, testing results, and any other materials pertaining to the "Michael Cloud jar", including but not limited to those materials pertaining to the retains, the actual jar contents, and/or any particulate testing.