**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD,
*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
*Defendants*

**NOTICE OF DEPOSITION, 30(b)(6), OF GENERAL NUTRITION CENTERS, INC. (GNC)**

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants will take the 30(b)(6) deposition of the most knowledgeable person of General Nutrition Centers, Inc., in the areas delineated in Exhibit A attached hereto. The deposition will occur at **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903** on **December 28, 2005, at 10:00 AM**. This deposition will be taken at the time set forth above before a Notary Public and thereafter from day to day until the completion of said deposition. **The deponent is further instructed to bring to the deposition those documents identified in Exhibit B attached hereto.**

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and CFI
WISCONSIN I, LLC d/b/a CENTURY
FOODS INTERNATIONAL ,
By their Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

603575v1

**CERTIFICATION**

I hereby certify that on this 12th day of December, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Brian J. Molloy, Esquire *pro hac vice*
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Christine M Montgomery

# EXHIBIT A

1. The following transaction as identified from the plaintiff's credit card bill:

| | |
|---|---|
| Posting date: | 11-05-02 |
| Transaction date: | 11-03-02 |
| Reference Number: | 24435652308794000155184 |
| Card type: | Vs |
| Transaction: | GNC #02424, North Kingstown, RI |
| Charges: | $58.42 |

2. The identity of the salesperson who processed the identified transaction, including that person's current address and telephone number.

3. Any other sales made to plaintiff Michael Cloud from October 30, 2002, through November 3, 2002, inclusive.

**EXHIBIT B**

1. All documents, including but not limited to credit card receipt(s), sales receipt(s), store receipt(s), computer- generated or computer-stored statements or receipts, or any other documents pertaining to the below-identified transaction:

| | |
|---|---|
| Posting date: | 11-05-02 |
| Transaction date: | 11-03-02 |
| Reference Number: | 24435652308794000155184 |
| Card type: | Vs |
| Transaction: | GNC #02424, North Kingstown, RI |
| Charges: | $58.42 |

2. All documents, including but not limited to credit card receipt(s), sales receipt(s), store receipt(s), computer- generated or computer-stored statements or receipts, pertaining to any other sales made to plaintiff Michael Cloud from October 30, 2002 through November 3, 2002, inclusive.