**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD

*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,

*Defendants*

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION

| | |
|---|---|
| DEPONENT: | Mark Thompson |
| DATE: | Thursday, December 29, 2005 |
| TIME: | 12:00 Noon |

**PLEASE TAKE NOTICE** that the **defendant** will take the testimony **by both stenographic and videographic means** on oral examination of the above-named individual. This deposition will be taken at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at the office of **MORRISON MAHONEY LLP, 121 South Main Street, Suite 600, Providence, Rhode Island** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. This deposition will be recorded by stenographic means as well as videotape.

*******NOTE: This Notice Changes the start time of the deposition only ******

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL
By its Attorneys,

MORRISON MAHONEY LLP

______________________________
Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATION**

I hereby certify that on this 15th day of December, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Brian J. Molloy, Esquire *pro hac vice*
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

______________________________



600454v1