**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD,
*Plaintiff*

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER**[1] 03-0392T

vs.
MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and
CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
*Defendants.*,

**DEPOSITION SUBPOENA: WITNESS**
**F.R.C.P. RULE 30(b)(6) AND RULE 45**

TO: General Nutrition Centers, Inc. [GNC]
72 Frenchtown Road
North Kingstown, RI

**RE:** The individual with the most knowledge at **General Nutrition Centers, Inc.,** in the areas delineated in Exhibit A attached hereto, care of GNC, 72 Frenchtown Road, North Kingstown, Rhode Island. The deponent is further instructed to bring to the deposition those documents identified in Exhibit B attached hereto.

GREETINGS:

YOU ARE HEREBY COMMANDED in accordance with the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure to appear and testify on behalf of the defendant(s) before a Notary Public of the State of Rhode Island and Providence Plantations on **December 28, 2005 at 10:00 AM** at the offices of **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

***This subpoena will remain in full force and effect until the conclusion of the above-entitled matter.***

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660; Fax: (401) 351-4420
Dated: ______________________

Notary Public Joann M. Gorney
My Commission Expires: 09/01/2009

603575v1

$ 41.00 #5045

**PROOF OF SERVICE**

**SERVED**

DATE 12/12/05

PLACE 72 Frenchtown Rd, No. Kingstown R.I.

General Nutrition Center Inc. William B. Smith Mng.

SERVED ON (PRINT NAME) MANNER OF SERVICE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

SERVED BY (PRINT NAME) TITLE

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

**Executed on** 12/12/05

SIGNATURE OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

ADDRESS OF SERVER

603575v1

**EXHIBIT A**

1. The following transaction as identified from the plaintiff's credit card bill:

| | |
|---|---|
| Posting date: | 11-05-02 |
| Transaction date: | 11-03-02 |
| Reference Number: | 24435652308794000155184 |
| Card type: | Vs |
| Transaction: | GNC #02424, North Kingstown, RI |
| Charges: | $58.42 |

2. The identity of the salesperson who processed the identified transaction, including that person's current address and telephone number.

3. Any other sales made to plaintiff Michael Cloud from October 30, 2002, through November 3, 2002, inclusive.

**EXHIBIT B**

1. All documents, including but not limited to credit card receipt(s), sales receipt(s), store receipt(s), computer- generated or computer-stored statements or receipts, or any other documents pertaining to the below-identified transaction:

| | |
|---|---|
| Posting date: | 11-05-02 |
| Transaction date: | 11-03-02 |
| Reference Number: | 24435652308794000155184 |
| Card type: | Vs |
| Transaction: | GNC #02424, North Kingstown, RI |
| Charges: | $58.42 |

2. All documents, including but not limited to credit card receipt(s), sales receipt(s), store receipt(s), computer- generated or computer-stored statements or receipts, pertaining to any other sales made to plaintiff Michael Cloud from October 30, 2002 through November 3, 2002, inclusive.