**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD,
*Plaintiff*

vs. C.A. No.: 03-0392T

MUSCLETECH RESEARCH
AND DEVELOPMENT, INC.,
and CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
*Defendants*

**NOTICE OF DEPOSITION, 30(b)(6),**
**OF DYNAMIC MARKETING, INC.**

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants will take the 30(b)(6) deposition of the most knowledgeable person of Dynamic Marketing, Inc., in the areas delineated in Exhibit A attached hereto. The deposition will occur at **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903** on **January 20, 2005, at 11:00 AM**. The deponent is further instructed to bring to the deposition those items identified on Exhibit B. This deposition will be taken at the time set forth above before a Notary Public and thereafter from day to day until the completion of said deposition.

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL ,
By their Attorneys,
MORRISON MAHONEY LLP

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

602377

**CERTIFICATION**

I hereby certify that on this 4th day of January, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Brian J. Molloy, Esquire *pro hac vice*
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Christine M Kingsmore

# EXHIBIT A

1. Sales of Cytodyne products, including but not limited to Cytodyne Methoxy-Pro, to Performance Nutrition, 150 Highland Avenue, Seekonk, Massachusetts, for the time period of January 2002 through December 2003.

2. The persons working at Dynamic Marketing, Inc., and/or on behalf of Dynamic Marketing, Inc., who delivered Cytodyne products, including but not limited to Cytodyne Methoxy-Pro, to Performance Nutrition, 150 Highland Avenue, Seekonk, Massachusetts, for the time period of January 2002 through December 2003.

3. Sales and/or delivery of Cytodyne products to Michael Cloud, at anytime.

# EXHIBIT B

1. Any and all documents, including but not limited to purchase records, sales records, inventory records, invoices, purchase orders, telephone logs, and/or computer records, relating directly or indirectly to items 1 through 3 of Exhibit A.