1/5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MICHAEL CLOUD,
*Plaintiff*

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER**[1] 03-0392T

vs.

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,
*Defendants.*,

**DEPOSITION SUBPOENA: WITNESS**
**F.R.C.P. RULE 30(b)(6) AND RULE 45**

TO: Dynamic Marketing, Inc.
40 Western Industrial Drive
Cranston, RI 02921

**RE:** The individual with the most knowledge at **Dynamic Marketing, Inc., in the areas delineated in Exhibit A** attached hereto, care of Dynamic Marketing, Inc., 40 Western Industrial Drive, Cranston, Rhode Island.

GREETINGS:

YOU ARE HEREBY COMMANDED in accordance with the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure to appear and testify on behalf of the defendant(s) before a Notary Public of the State of Rhode Island and Providence Plantations on **January 20, 2006 at 11:00 AM** at the offices of **Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action. The deponent is further instructed to bring to the deposition those items identified on Exhibit B.

***This subpoena will remain in full force and effect until the conclusion of the above-entitled matter.***

Mark T. Nugent, #2637
Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660Fax: (401) 351-4420
Dated: 1/4/06

Notary Public
My Commission Expires: 02/01/2009

602377

$41.00 #1918

## PROOF OF SERVICE

DATE 1/9/06

PLACE 40 western Industrial Dr. Cranston R.I.

**SERVED**

Dynamic Marketing Inc.
SERVED ON (PRINT NAME)

X Paul Carlone
MANNER OF SERVICE
Facility Manager

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
SERVED BY (PRINT NAME)

TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

**Executed on** 1/9/06

[signature]
SIGNATURE OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
ADDRESS OF SERVER