UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL CLOUD :
:
v. : C.A. No. 03-392T
:
MUSCLETECH RESEARCH AND :
DEVELOPMENT, INC., et al. :

**ORDER**

Before the Court for determination is Plaintiff's Motion to Compel filed on December 23, 2005. (Document No. 57). Defendants objected to the Motion (Document No. 60) and a hearing was scheduled for January 24, 2006.

Prior to the hearing, a notice of temporary restraining order or stay arising out of bankruptcy proceedings was filed by Defendants. On January 24, 2006, Plaintiff's counsel notified the Court that the notice "would seem to apply to the pending motion" to compel and indicated that it was "advisable to adjourn the current motion until there is clarification or relief from the Bankruptcy Court to allow the case to proceed, at least as to the non-debtor defendant." This Court agrees with the request of Plaintiff's counsel to adjourn the motion hearing indefinitely. Plaintiff's counsel shall promptly advise the Court if and when the Motion to Compel may appropriately be scheduled for hearing and disposition.

LINCOLN D. ALMOND
United States Magistrate Judge
January 24, 2006