UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL CLOUD,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLETECH RESEARCH AND DEVELOPMENT, INC., CFI WISCONSIN I, LLC, and CFI of Wisconsin, Inc. d/b/a CENTURY FOODS INTERNATIONAL,<br><br>Defendants. | Civil Action No. 03-392T |

# REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF MICHAEL CLOUD'S MOTION TO COMPEL DISCOVERY FROM CFI DEFENDANTS

MOTLEY RICE LLC
Robert J. McConnell, Esq. (#3888)
321 South Main Street
Providence, Rhode Island 02903
(401) 457-7700

WILENTZ, GOLDMAN & SPITZER,
A Professional Corporation
Brian J. Molloy, Esq., *Pro Hac Vice*, (BJM 7630)
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000

Attorneys for Plaintiff
Michael Cloud

**Preliminary Statement**

Plaintiff Michael Cloud ("Plaintiff") submits this reply memorandum in further support of Plaintiff's motion to compel discovery from CFI Defendants CFI Wisconsin, I, LLC, and CFI of Wisconsin, Inc. d/b/a/ Century Foods International ("CFI") (collectively "CFI Defendants").[1]

Given the stay currently in place against MuscleTech, only one discovery dispute raised by Plaintiff in his initial motion to compel remains. This dispute concerns a group of documents that were belatedly produced by the CFI Defendants in mid-December 2005 regarding notations on documents that prohormones were detected in the Nitro-Tech product, without further explication of the lab conducting the test, when the test was conducted, or who made these comments.

Our understanding of the CFI Defendants' "opposition" to this motion is that the CFI Defendants do not dispute the relevancy of the information requested, nor do they dispute that they have failed to produce the requested information. Rather, the CFI Defendants sole defense to Plaintiff's motion is that they are still in the process of attempting to locate the

[1] While the Bankruptcy Court of the Southern District of New York has issued a stay regarding litigation against defendant MuscleTech Research and Development, Inc. ("MuscleTech"), a consent Order was entered by the Honorable Jed S. Rakoff, U.S.D.J. on January 30, 2006 permitting Plaintiff to proceed with his claims against the CFI Defendants. As such, Plaintiff's Reply Memorandum shall focus solely on those disputes remaining against the CFI Defendants and shall omit reference to those disputes that exist only against MuscleTech.

requested documents. This argument is not convincing and should not preclude Plaintiff from obtaining the requested discovery.

**CFI Defendants' December 13, 2005 Document Production**

Belatedly, and without any explanation for its late production, the CFI Defendants on or about December 13, 2005 produced additional documents, some of which are very intriguing. Included among the documents recently produced are documents with handwritten notations referring to unidentified tests which have detected the presence of prohormones in the Nitro-Tech product, and a reference that the raw materials for the Nitro-Tech product should be checked for contamination. These documents are directly related to the central issue in this case. Plaintiff immediately sought additional information from the CFI Defendants concerning the source of these documents and the source of the handwritten notations.

Although the CFI Defendants' opposition does not dispute the relevancy of this information, and merely quibbles with whether there had been a sufficient good faith basis to resolve the difference before including it in the motion, the CFI Defendants have still failed to produce this information almost two months after the information was requested. It is respectfully submitted that the CFI Defendants cannot withhold this information and they should be required to produce the information immediately.

**Conclusion**

For the reasons set forth herein and in Plaintiff's initial motion, Plaintiff's motion to compel discovery from the CFI Defendants should be granted.

Respectfully submitted,

MOTLEY RICE LLC
Attorneys for Michael Cloud

By: ______________________
Robert J. McConnell, Esq. (#3888)
321 South Main Street
Providence, Rhode Island 02903
(401) 457-7700

-and-

WILENTZ, GOLDMAN & SPITZER,
A Professional Corporation
Brian J. Molloy, Esq.,
*Pro Hac Vice*, (BJM 7630)
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000

Dated: February 3 , 2006