MOTLEY RICE LLC
Robert J. McConnell, Esq. (#3888)
321 South Main Street
Providence, Rhode Island 02903
(401) 457-7700

WILENTZ, GOLDMAN & SPITZER,
A Professional Corporation
Brian J. Molloy, Esq., *Pro Hac Vice,* (BJM 7630)
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL CLOUD,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLETECH RESEARCH AND DEVELOPMENT, INC., CFI WISCONSIN I, LLC, and CFI of Wisconsin, Inc. d/b/a CENTURY FOODS INTERNATIONAL,<br><br>Defendants. | Civil Action No. 03-392T |

**MOTION TO COMPEL**

To: Mark T. Nugent, Esq.
Morrison Mahoney, LLP
121 South Main Street
Suite 600
Providence, RI 02903
Attorneys for Defendants

Gene H. Hennig, Esq.
Rider Bennett
33 South Sixth Street
Suite 4900
Minneapolis, Minnesota 55402
Attorneys for Defendants

**PLEASE TAKE NOTICE** that the undersigned, counsel for plaintiff Michael Cloud will move before the United States District Court, District of Rhode Island, located at One Exchange Terrace, Federal Building & Courthouse, Providence, Rhode Island, to compel defendants CFI Wisconsin, I, LLC, and CFI of Wisconsin, Inc. d/b/a/ Century Foods International to produce discovery, pursuant to Federal Rule of Civil Procedure 37(a).

**PLEASE TAKE NOTICE** that the movant will rely upon the Declaration of Brian J. Molloy, dated February 6, 2006.

A proposed form of Order is annexed hereto.

MOTLEY RICE LLC
Attorneys for Plaintiff
Michael Cloud

BY: ______________________
Robert J. McConnell, Esq. (#3888)
321 South Main Street
Providence, Rhode Island 02903
(401) 457-7700

DATED: February 8, 2006

**CERTIFICATION OF FILING AND SERVICE**

I certify that the foregoing Notice of Motion, Declaration of Brian J. Molloy, dated February 6, 2006 and a proposed form of order were filed with the Clerk of the Court by hand delivery on February 8, 2006. A copy was served upon all counsel by overnight mail to the addresses shown at the head of this motion on the same date.

__________________________

DATED: February 8, 2006