FILED
FEB 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTLEY RICE LLC
Robert J. McConnell, Esq. (#3888)
321 South Main Street
Providence, Rhode Island 02903
(401) 457-7700

WILENTZ, GOLDMAN & SPITZER,
A Professional Corporation
Brian J. Molloy, Esq., *Pro Hac Vice*, (BJM 7630)
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL CLOUD,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLETECH RESEARCH AND DEVELOPMENT, INC., CFI WISCONSIN I, LLC, and CFI of Wisconsin, Inc. d/b/a CENTURY FOODS INTERNATIONAL,<br><br>Defendants. | Civil Action No. 03-392T |

**MOTION TO COMPEL**

To: Mark T. Nugent, Esq.
Morrison Mahoney, LLP
121 South Main Street
Suite 600
Providence, RI 02903
Attorneys for Defendants

3/17/06: DENIED AS MOOT - RESOLVED BY AGREEMENT OF PARTIES, [signature] USMJ

Referred to U.S.M.J. Almond
☐ [illegible] & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 2/23/06

69