UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CLOUD,<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 03-0392T |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,<br>*Defendants* | : | |

**ENTRY OF APPEARANCE**
**(re: Paul V. Sullivan, Esq., for all defendants)**

Now comes Paul V. Sullivan, Esq., and enters his appearance for defendants Muscletech Research and Development, Inc., and CFI Wisconsin I, LLC d/b/a Century Foods International.

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and
CFI WISCONSIN I, LLC d/b/a
CENTURY FOODS INTERNATIONAL,
By their Attorneys,
MORRISON MAHONEY LLP

Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

610311v1

**CERTIFICATION**

I hereby certify that on this 29th day of March, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Christine M [signature]



610311v1