UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CLOUD,<br>*Plaintiff* | : | |
| vs. | : | C.A. No.: 03-0392T |
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL,<br>*Defendants* | : | |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Plaintiff Michael Cloud hereby dismisses with prejudice and without costs all claims and counts asserted against the defendants in the above-captioned matter. Defendant MuscleTech Research and Development, Inc., hereby dismisses with prejudice and without costs its counterclaim in the above-captioned matter.

MICHAEL CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

/s/ Brian J. Molloy
Brian J. Molloy, Esq., *pro hac vice*
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

Dated: 10/16/06

MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and CFI WISCONSIN I, LLC d/b/a CENTURY FOODS INTERNATIONAL
By its Attorneys,
MORRISON MAHONEY LLP

/s/ Mark T. Nugent
Mark T. Nugent, #2637
Paul V. Sullivan, #5712
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420
Dated: 10/16/06

**CERTIFICATION**

I hereby certify that on this 16th day of October, 2006, a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Robert J. McConnell, Esquire
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Counsel for Plaintiff *Pro Hac Vice*
Brian J. Molloy, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

/s/ Mark T. Nugent
Mark T. Nugent